**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOHN EDWARD BUTOROVICH | § | CASE NO. LA09-29247-SB |
| KRISTEN ANN BUTOROVICH | § | CHAPTER 7 |
| | § | |
| | § | JUDGE SAMUEL L. BUFFORD |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**VW Credit, Inc.
P. O. Box 829009
Dallas, Texas 75382-9009**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

F# 7225-N-6086
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for VW Credit, Inc.

## CERTIFICATE OF SERVICE

I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before August 4, 2009:

**Debtors' Attorney**
Michael H Raichelson
The Law Offices Of Michael H Raichelson
6400 Canoga Ave Ste 352
Woodland Hills, CA  91367

**Chapter 7 Trustee**
Sam Leslie
6310 San Vincente Boulevard
Los Angeles, California 90048

**U.S. Trustee**
Office of the US Trustee
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

7225-N-6086
noaelect